FREDERICK W. ARMSTRONG, Respondent, *v.* JOHN FERGUSON, Appellant.

(Argued March 21, 1873; decided June term, 1873.)

THIS action was brought to recover a portion of the proceeds of the sale of certain letters-patent owned by defendant, plaintiff claiming as assignee of Samuel T. Armstrong, under a contract made with W. Ferguson, attorney for defendant. The principal question was as to the authority of the attorney to make the contract. *Held,* that although the power of attorney under which the attorney acted did not authorize the contract, yet the evidence of ratification of agreement was sufficient to justify a finding sustaining it.

W. Ferguson was called as a witness for plaintiff. Upon cross-examination he gave evidence, without objection, tend-

ing to vary the written contracts. Defendant's counsel subsequently objected thereto, claiming that he did not notice it at the time. The referee ruled that the testimony could not be received, and would not be considered for the purpose of varying or contradicting the written instrument, 'or of explaining it, unless there was a latent ambiguity; if there was, it might be admissible. Defendant's counsel excepted to this on the ground that, having been received without objection, it could not be excluded. *Held*, that the exception was not well founded.

Various other questions were presented as to the reception and rejection of evidence, which were disposed of upon the special circumstances of the case, or upon the ground that the objections were too general to raise the question.

*Wm. Henry Arnoux* for the appellant.

*D. P. Barnard* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.